UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH MARIE ANDERSON,<br><br>              Plaintiff,<br>v.<br><br>YOUTUBE et al.,<br><br>              Defendants | CASE NO. 3:23-cv-05334-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) |

The Court, having reviewed *de novo* the Report and Recommendation (Dkt. No. 8) of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation.

2. Plaintiff's Application to Proceed IFP (Dkt. No. 1) is DENIED and Plaintiff's claims are DISMISSED without prejudice.

3. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

Dated this 29th day of August 2023.

David G. Estudillo
United States District Judge