UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH MARIE ANDERSON, | CASE NO. 3:23-cv-05334-DGE |
| Plaintiff, | ORDER REGARDING LETTER |
| v. | |
| YOUTUBE et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's March 12, 2024 letter. (Dkt. No. 12.) Plaintiff filed an application to proceed in forma pauperis ("IFP") and a proposed complaint on April 14, 2023. (Dkt. No. 1.) On April 21, 2023, Court directed her to file a renewed IFP application and an amended complaint by May 22, 2023. (Dkt. No. 3.) The Court's order was returned by the U.S. Post Office as undeliverable. (Dkt. No. 4.) On May 22, 2023, Plaintiff filed a response to the Court's order, but did not submit a renewed IFP application or an amended complaint. (Dkt. No. 5.)

ORDER REGARDING LETTER - 1

On May 22, 2023, the Court sent Plaintiff an order to update her address on or before June 27, 2023 or risk dismissal of this matter without prejudice for failure to prosecute. (Dkt. No. 6.) This order was also returned as undeliverable. (Dkt. No. 7.)

On August 29, 2023, the Court adopted the Report and Recommendation of U.S. Magistrate Judge David W. Christel, who recommended dismissal of this case without prejudice due to Plaintiff's failure to provide an updated address or file a corrected IFP application or a proposed amended complaint correcting the deficiencies identified by Judge Christel. (Dkt. Nos. 8, 9.) The Court's order was also returned as undeliverable. (Dkt. No. 11.)

On March 12, 2024, Plaintiff sent the Court a letter stating that she can be reached at either the address the Court has on file or at 1090 W. Lake Sammamish, Bellevue, WA. (Dkt. No. 12.) The letter also requests the Court "direct [her] as to which courthouse in another state to continue filings." *Id.* Plaintiff's letter does not include corrections to her IFP application or a proposed amended complaint.

This case has been dismissed without prejudice. It has been nearly a year since the Court first asked Plaintiff to update her address, and Plaintiff's letter does not provide grounds for re-opening the case.

The Clerk of the Court is directed to send the Plaintiff a copy of this Order, the Order Directing Plaintiff to File a Complete IFP Application and Amended Complaint (Dkt. No. 3), the Order Directing Plaintiff to Update Address (Dkt. No. 6), the Report and Recommendation (Dkt. No. 8), and the Order Adopting the Report and Recommendation (Dkt. No. 9) to the address on file and to the Bellevue Washington address.

Dated this 15th day of March, 2024.

David G. Estudillo
United States District Judge

ORDER REGARDING LETTER - 3